IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION |
| REGENTS OF THE UNIVERSITY | § | NO. _____ |
| OF TEXAS, a constitutional body corporate; | § | |
| MELISSA B. HARRELL, Individually | § | |
| and in her official capacity; LAURA E. | § | |
| MITCHELL, Individually and in her | § | |
| official capacity; and RENA S. DAY, | § | |
| Individually and in her official capacity, | § | |
| Jointly and Severally, | § | |
| | § | |
|     Defendants. | § | |

**PLAINTIFF'S ORIGINAL VERIFIED COMPLAINT**

# EXHIBIT 2

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the Plaintiff's Original Verified Complaint and its

accompanying exhibits were served on counsel for Defendants, electronically through the

electronic filing manager.

                             /s/ *David K. Sergi*_____
                             David K. Sergi



**The University of Texas**
**Health Science Center at Houston**

*School of Public Health*

*Office of Academic Affairs*

August 14, 2015



Dear John Doe :

Your Department has notified the Office of Academic Affairs that you did not pass the preliminary examination for the PhD in Epidemiology.  If you have not already done so, please meet with your academic advisor to discuss a remediation plan to prepare you for re-taking the exam the next time it is offered.

Please let me know if I can be of assistance to you.

Sincerely,

L. Kay Bartholomew, EDD, MPH
Professor
UT Distinguished Teaching Professor
President's Scholar
Associate Dean for Academic Affairs
Department of Health Promotion and Behavioral Sciences

cc:    Melissa Harrell, PhD (Academic Advisor)
       Laura E. Mitchell, PhD (PEC Chair)
       Eric Boerwinkle, PhD (Chair, Department of EGHES)
       Student Records

713-500-9080          Fax number (713-500-9068)
1200 Pressler Street, RAS/W-238
Houston, Texas  77030-3900
leona.k.bartholomew@uth.tmc.edu