IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JOHN DOE,                                          §
                                                   §
    Plaintiff,                  §
                                                   §
v.                                                 §
                                                   §    CIVIL ACTION
REGENTS OF THE UNIVERSITY                          §    NO. _____
OF TEXAS, a constitutional body corporate;         §
MELISSA B. HARRELL, Individually                   §
and in her official capacity; LAURA E.             §
MITCHELL, Individually and in her                  §
official capacity; and RENA S. DAY,                §
Individually and in her official capacity,         §
Jointly and Severally,                             §
                                                   §
    Defendants.                 §

**PLAINTIFF'S ORIGINAL VERIFIED COMPLAINT**

# EXHIBIT 3

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the Plaintiff's Original Verified Complaint and its

accompanying exhibits were served on counsel for Defendants, electronically through the

electronic filing manager.

                          /s/ *David K. Sergi*_____
                          David K. Sergi

## Mitchell, Laura E

| | |
|---|---|
| **From:** | Mitchell, Laura E |
| **Sent:** | Thursday, August 06, 2015 8:26 AM |
| **To:** | Harrell, Melissa B |
| **Cc:** | Mitchell, Laura E |
| **Subject:** | test details |
| **Attachments:** | Exam Summary 006.docx |

Melissa,

See attached for details of concepts that John Doe missed on the preliminary exam. Let me know if you need additional information.

Laura

**Laura E. Mitchell, PhD**
Professor and Associate Dean for Research

UTHealth | The University of Texas Health | Science Center at Houston | School of Public Health

Division of Epidemiology, Human Genetics and Environmental Sciences | Human Genetics Center
1200 Herman Pressler Dr. | Suite E547 | Houston, Texas 77030
713 500 9954 | 713 500 9958 fax
Laura.E.Mitchell@uth.tmc.edu

1

**Exam Summary:**

The June 2015 exam was based on three published articles. These articles covered three study designs (case-control, cohort and cross-sectional). For each article/design, the concepts covered by questions that the student answered incorrectly (i.e. received either partial or no credit for the question) are summarized below. Overall, it appears that this student has broad deficits in his understanding of basic epidemiological study design, analytic strategies and related concepts. Consequently, a broad remediation plan is recommended. As this student did not take Epi III at UTSPH (Course Waiver dated 5/22/15), this student may benefit from taking this course in particular.

**Case-Control**

Definition of population-based case-control study

Effect measures

     Exposure versus disease odds ratio

     Calculation of 95% CI

     Interpretation

DAGs

Confounding

**Cohort**

Study rationale

Control for confounding in experimental studies

Advantages/disadvantages of different aspects of study design

Advantages/disadvantages of different analytic strategies

Sensitivity analyses

Calculation of person-time and cumulative incidence

Data interpretation

P-values, advantage of one-sided test

**Cross-sectional**

Description of study designs

Study sample / target population

Internal validity / evaluation of validity

Identification of types of bias

Sensitivity and specificity – definition, interpretation