IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION |
| REGENTS OF THE UNIVERSITY | § | NO. _____ |
| OF TEXAS, a constitutional body corporate; | § | |
| MELISSA B. HARRELL, Individually | § | |
| and in her official capacity; LAURA E. | § | |
| MITCHELL, Individually and in her | § | |
| official capacity; and RENA S. DAY, | § | |
| Individually and in her official capacity, | § | |
| Jointly and Severally, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S ORIGINAL VERIFIED COMPLAINT**

# EXHIBIT 5

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the Plaintiff's Original Verified Complaint and its

accompanying exhibits were served on counsel for Defendants, electronically through the

electronic filing manager.

/s/ *David K. Sergi*
David K. Sergi

## RE: test details

Harrell, Melissa B
**Sent:** Thursday, August 06, 2015 12:48 PM
**To:** John Doe

Take care!

### *Melissa Blythe Harrell PhD, MPH*
### Associate Professor

UTHealth | The University of Texas Health Science Center at Houston
School of Public Health | Austin Regional Campus
Michael & Susan Dell Center for Healthy Living
1616 Guadalupe | Suite 6.300 | Austin, TX 78701
512.391.2526 tel | 512.482.6185 fax
www.sph.uth.tmc.edu/dellhealthyliving/
http://msdcenter.blogspot.com

**From:** John Doe
**Sent:** Thursday, August 6, 2015 12:18 PM
**To:** Harrell, Melissa B
**Subject:** RE: test details

Thanks Melissa.

John Doe

---

**From:** Harrell, Melissa B
**Sent:** Thursday, August 06, 2015 8:29 AM
**To:** John Doe
**Subject:** FW: test details



Please see attached.  It is the feedback on your exam.

We can discuss further when you are back in town later this month.

If you want to continue on, you should definitely enroll in Epi III this Fall.

Best, Melissa

### *Melissa Blythe Harrell PhD, MPH*
### Associate Professor

UTHealth | The University of Texas Health Science Center at Houston
School of Public Health | Austin Regional Campus

Michael & Susan Dell Center for Healthy Living
1616 Guadalupe | Suite 6.300 | Austin, TX 78701
512.391.2526 tel | 512.482.6185 fax
www.sph.uth.tmc.edu/dellhealthyliving/
http://msdcenter.blogspot.com

**From:** Mitchell, Laura E
**Sent:** Thursday, August 6, 2015 8:26 AM
**To:** Harrell, Melissa B
**Cc:** Mitchell, Laura E
**Subject:** test details

Melissa,

See attached for details of concepts that  missed on the  preliminary exam.  Let me know if you need additional information.

Laura

**Laura E. Mitchell, PhD**
Professor and Associate Dean for Research

UTHealth    The University of Texas Health
            Science Center at Houston        School of Public Health

Division of Epidemiology, Human Genetics and Environmental Sciences | Human Genetics Center
1200 Herman Pressler Dr. | Suite E547 | Houston, Texas 77030
713 500 9954 | 713 500 9958 fax
Laura.E.Mitchell@uth.tmc.edu