IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JOHN DOE,                                             §
                                                      §
    Plaintiff,                                      §
                                                      §
v.                                                    §
                                                      §    CIVIL ACTION
REGENTS OF THE UNIVERSITY                             §    NO. _____
OF TEXAS, a constitutional body corporate;           §
MELISSA B. HARRELL, Individually                      §
and in her official capacity; LAURA E.               §
MITCHELL, Individually and in her                     §
official capacity; and RENA S. DAY,                   §
Individually and in her official capacity,            §
Jointly and Severally,                                §
                                                      §
    Defendants.                                     §

**PLAINTIFF'S ORIGINAL VERIFIED COMPLAINT**

# EXHIBIT 6

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the Plaintiff's Original Verified Complaint and its accompanying exhibits were served on counsel for Defendants, electronically through the electronic filing manager.

                                /s/ *David K. Sergi*_____
                                David K. Sergi

# RE: Prelim Exam

**Mitchell, Laura E**
**Sent:** Friday, October 09, 2015 10:40 AM
**To:** John Doe
**Cc:** Harrell, Melissa B



As indicated in my previous email, Department policy is that we do not provide specific feedback on the exam. There is also no process in place to appeal.

Laura E. Mitchell, PhD
Professor and Associate Dean for Research

UTHealth    The University of Texas Health
            Science Center at Houston        School of Public Health

Division of Epidemiology, Human Genetics and Environmental Sciences | Human Genetics Center.

1200 Herman Pressler Dr. | Suite E547 | Houston, Texas 77030

713 500 9954 | 713 500 9958 fax

Laura.E.Mitchell@uth.tmc.edu

**From:** John Doe
**Sent:** Friday, October 09, 2015 1:47 AM
**To:** Mitchell, Laura E
**Subject:** RE: Prelim Exam

Dear Dr. Mitchell,

Following up on our previous correspondence about my exam, I just want to make sure I'm completely clear on school policy. Is there an appeal procedure or process or any other mechanism to review and examine the results and outcome of the first qualifying exam I took in June?

Thank you.

Sincerely,



John Doe

---

**From:** Mitchell, Laura E
**Sent:** Wednesday, September 09, 2015 7:38 AM
**To:** Harrell, Melissa B

**Cc:**  John Doe
**Subject:** RE: Prelim Exam

John Doe

The Department policy is that we DO NOT discuss specific details of the exams with students. The sole exception to this is for students who have failed twice and are not eligible to continue in the program. For students who have failed once, the policy is to discuss the exam with the advisor, providing general guidance related to areas of weakness. As noted in my previous email, I have had this discussion with Dr. Harrell. Per our policy, I cannot discuss the accuracy of your responses to specific exam questions.

Laura E. Mitchell, PhD
Professor and Associate Dean for Research
Division of Epidemiology, Human Genetics and Environmental Sciences
University of Texas School of Public Health
1200 Herman Pressler Dr.
Houston, Texas 77030
713-500-9954
713-500-9958 (fax)

---

**From:** Harrell, Melissa B
**Sent:** Tuesday, September 08, 2015 4:14 PM
**To:** Mitchell, Laura E
**Cc:** John Doe
**Subject:** Re: Prelim Exam

Laura,

John Doe has specific questions that I cannot answer without having access to the exam paper and questions and his answers, too. Is this possible, or if not, could you try to meet with him?

I cannot match the specificity of his questions with the general categories of topics you provide. He wants to know more, if possible. Thanks!

Best, Melissa

On Sep 8, 2015, at 4:10 PM, "Mitchell, Laura E" <Laura.E.Mitchell@uth.tmc.edu> wrote:



As Chair of the Preliminary Exam committee, I discuss exams with the advisors of students who do not pass. Then, in turn, the advisors discuss with the student. I have provided Dr. Harrell with feedback on your exam, and I understand that she has discussed with you. If you have specific questions about the exam, you should discuss them with Dr. Harrell. If she needs additional details to answer your questions, I will be happy to provide her with additional information

Laura E. Mitchell, PhD

Professor and Associate Dean for Research
Division of Epidemiology, Human Genetics and Environmental Sciences
University of Texas School of Public Health
1200 Herman Pressler Dr.
Houston, Texas 77030
713-500-9954
713-500-9958 (fax)

---

**From:** John Doe
**Sent:** Tuesday, September 08, 2015 3:24 PM
**To:** Mitchell, Laura E
**Subject:** Prelim Exam

Dear Dr. Mitchell,

This is  I was wondering if we could schedule a time to talk on the phone about my exam this week? My number is                   Thanks

Best,
John Doe