IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JOHN DOE,                                          §
                                                   §
        Plaintiff,                                 §
                                                   §
v.                                                 §
                                                   §        CIVIL ACTION
REGENTS OF THE UNIVERSITY                           §        NO. _____
OF TEXAS, a constitutional body corporate;          §
MELISSA B. HARRELL, Individually                    §
and in her official capacity; LAURA E.              §
MITCHELL, Individually and in her                   §
official capacity; and RENA S. DAY,                 §
Individually and in her official capacity,          §
Jointly and Severally,                              §
                                                   §
        Defendants.                                §

**PLAINTIFF'S ORIGINAL VERIFIED COMPLAINT**

# EXHIBIT 7

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the Plaintiff's Original Verified Complaint and its

accompanying exhibits were served on counsel for Defendants,  electronically through the

electronic filing manager.

/s/ *David K. Sergi*
David K. Sergi

# EPIDEMIOLOGY PRELIMINARY EXAM

# Exam Dates

## January 6, 2016

- Intent forms due:
  - October 19, 2015
- Student info sessions
  - October 6, 9-10 am (CST)
  - October 12, 12-1 pm (CST)

## May 25, 2016

- Intent forms accepted:
  - Starting: Feb. 1, 2016
  - Due by: March 7, 2016
- Student info sessions
  - TBA

# Intent Form and Other Documentation



## PhD Forms

For doctoral students entering Fall 2011 and after:

- Steps for Doctoral Students – Prelim Exam – Proposal – Defense
- Steps for Establishing Doctoral Major – Minor- Breadth
- Doctorate Form 1 – Intent to Take the Epidemiology Preliminary Exam
  - Details regarding the exam and eligibility criteria are found here
- Doctorate Form 2 – Completion of Preliminary Exam

# Intent Form

- # credits in doctoral program (~18-27)
- Required course checklist
- Approved waivers (if applicable)



- Documented remediation (if applicable)
- Unofficial transcript
  - Updated at end of semester if taking required courses

# Required Courses

| |
|---|
| ☐ PH 2710: Epidemiology III |
| ☐ PH 2711: Epidemiology IV |
| ☐ PH 1830: Categorical Data Analysis<br>   ☐ Or PH 1831: Analysis of Survival Time Data |
| ☐ PH 2712: Experimental Methods in Epidemiology<br>   ☐ Or PH 1835: Statistical Methodology in Clinical Trials |
| ☐ One elective course in Epidemiology (2-4 credits) |

- B or higher (or P in P/F course)

- Approved waiver for classes taken outside of UTSPH

# Content - I

- **3 articles / different study designs**
  - 10-12 multi-part questions / article
  - General and article specific questions
  - Focus on methods, results & interpretation (not topic)
    - Short answer and calculations

- **Required courses + pre-requisites**
  - Content and strategies

- **2 committee members / article**
  - Select article
  - Develop questions
  - Revise (3 internal and 1 external rounds of review)

# Content - II

- **Recall**
  - Definitions and concepts
- **Application**
  - Going beyond definitions
- **Interpretation**
  - Data
  - Statistics
- **Epi "speak"**
  - Clear and concise articulation of answers

# Format

- Articles provided by email 24 hour in advance
  - For individual review – not discussion!
  - Clean copies of articles are provided on day of exam

- In-class
  - at home campus

- 5 hour exam
  - Allows for in-class breaks (lunch, snacks)

- Calculator, pens/pencils
  - No other resources

# Accommodations

- Committee Chair
  - Laura Mitchell

- Office of Student Affairs
  - Anne Baronitis

# Grading

- **Pass / Fail**

- **2 committee members / article**
  - Grade independently (blinded to student ID)
  - Conference to resolve discrepancies

- **Pass**
  - Weighted average $\geq$ 80%  **OR**
  - Weighted average <80% but $\geq$75% AND all sections $\geq$70%

# Success Rate

(June 2012 – June 2015, N=7)

- First attempt        ~80%

- Second attempt      ~80%

- Overall              ~96%

# Results

- **Pass**
  - Letter (by email) to student with copy to Advisor

- **1st Fail**
  - Chair contacts Advisor – reviews exam
    - Advisor meets with student to develop remediation plan
      - Must retake exam at next offering

- **2nd Fail**
  - Chair contacts Advisor
    - Advisor meets with student
    - Chair/Director/Assoc. Dean AA meets with student

# Exam Dates

| January 6, 2016 |
|---|
| • Intent forms due: |
|    – October 19, 2015 |
| • Student info sessions |
|    – October 6, 9-10 am (CST) |
|    – October 12, 12-1 pm (CST) |

| May 25, 2016 |
|---|
| • Intent forms accepted: |
|    – Starting: Feb. 1, 2016 |
|    – Due by: March 7, 2016 |
| • Student info sessions |
|    – TBA |