IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION |
| REGENTS OF THE UNIVERSITY | § | NO. _____ |
| OF TEXAS, a constitutional body corporate; | § | |
| MELISSA B. HARRELL, Individually | § | |
| and in her official capacity; LAURA E. | § | |
| MITCHELL, Individually and in her | § | |
| official capacity; and RENA S. DAY, | § | |
| Individually and in her official capacity, | § | |
| Jointly and Severally, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S ORIGINAL VERIFIED COMPLAINT**

# EXHIBIT 8

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the Plaintiff's Original Verified Complaint and its

accompanying exhibits were served on counsel for Defendants, electronically through the

electronic filing manager.

/s/ *David K. Sergi*
David K. Sergi



**The University of Texas**
**Health Science Center at Houston**

School of Public Health

Department of Epidemiology, Human Genetics and Environmental Science

March 11, 2016

Dear ,

The Epidemiology Preliminary Exam Committee is providing you and your Academic Advisor with a summary report of your results from the January 2016 exam. For this summary, each exam question was assigned to a category (recall, application, calculation or interpretation/evaluation) based on the type of knowledge that the question was designed to assess. A description of each category and examples of the type of questions within each category are provided with your report.

The report summarizes your results across all three sections of the exam (i.e. section specific results are not provided). Further, each individual question was assigned to a category. For example, an exam question with three sub-questions (e.g. 7a, 7b and 7c) is represented three times in the report (e.g. 7a=recall, 7b=application, 7c=calculation). The summary table provides the total number of questions in each category and the number of each type of question for which you received full credit.

| Type of Question | # of Questions on Exam | # of Questions for which you received full credit |
|---|---|---|
| Recall | 19 | 10 |
| Application | 36 | 21 |
| Calculation | 8 | 6 |
| Interpretation/Evaluation | 14 | 7 |

Sincerely,

Laura E. Mitchell, PhD
Past-Chair, Epidemiology Preliminary Exam Committee

**RECALL**
Recall questions assess your knowledge of basic epidemiological concepts and approaches. Recall questions include, but are not limited to, questions that ask for a description or definition of an epidemiological concept or approach. They also include questions that ask you to compare/contrast, list advantages/disadvantages, or to name an approach. Examples of recall questions include:

> Describe the four types or phases of clinical trials.
> Define confounding.
> List two differences between a case-control and a retrospective cohort study.

**APPLICATION**
Application questions assess your understanding of epidemiological methods. Application questions include, but are not limited to, questions that ask for the purpose or rationale for a particular study design or analytic strategy. They may also ask you to identify appropriate approaches for study design, data analysis etc. Examples of application questions include:

> What it the purpose of matching?
> What is the benefit of having multiple sites in a clinical trial?
> List two approaches for constructing categorical variables from data that are continuous?

**INTERPRETATION/EVALUATION**
Interpretation/evaluation questions assess your ability to understand and evaluate epidemiological research. These questions are generally based on the exam articles or data provided as part of the exam and may include, but are not limited to, questions that ask you to interpret data in tables and figures, evaluate study designs/analytic strategies and describe potential biases. Examples of interpretation/evaluation questions include:

> Based on the data in table X, what can you conclude about the randomization process in this study?
> Given the results of the interaction analysis, does covariate 1 have an effect on the disease-exposure relationship?
> Identify sources of error in the measurement of the exposure used in this study.

**CALCULATION**
Calculation questions assess your ability to calculate standard epidemiological measures using data from the exam articles or data that is provided as part of the test question. Examples of calculation questions include:

> Using the data in table, calculate the crude exposure odds ratio for disease X and exposure Y.
> Using data in the figure, calculate the total person-months contributed by the study subjects.