IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION |
| REGENTS OF THE UNIVERSITY | § | NO. _____ |
| OF TEXAS, a constitutional body corporate; | § | |
| MELISSA B. HARRELL, Individually | § | |
| and in her official capacity; LAURA E. | § | |
| MITCHELL, Individually and in her | § | |
| official capacity; and RENA S. DAY, | § | |
| Individually and in her official capacity, | § | |
| Jointly and Severally, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S ORIGINAL VERIFIED COMPLAINT**

# EXHIBIT 10

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the Plaintiff's Original Verified Complaint and its accompanying exhibits were served on counsel for Defendants, electronically through the electronic filing manager.

/s/ *David K. Sergi*_____
David K. Sergi



**The University of Texas**
**Health Science Center at Houston**

School of Public Health

Office of the Dean

Susan Tortolero Emery, PhD

September 21, 2016



John Doe

Dear Mr. John Doe,

*Via email* John Doe *@uth.tmc.edu*

The resolution of your academic conflict request resulted in the following decisions:

1) As requested, the second exam in PH 2710 was regraded resulting in a score of 72.
2) Your grade of a "W" in PH 2710 cannot be removed from your transcript.
3) You will be able to review your past preliminary exams in the presence of your adviser.
4) Your request to regrade your preliminary exams is denied.
5) You will be allowed to take the preliminary exam a third – and final – time either during the May 2017 administration or the January 2018 administration.

You are approved to re-enroll in the program. Please note, however, that I will need to approve a remediation plan prior to your re-enrolling in the Spring 2017 term (do not attempt to register without an approved remediation plan). The remediation plan must include you retaking PH 2710 and achieving a grade of "B" or higher prior to your final attempt to pass the preliminary exam. Please work with your adviser or another designated faculty member to develop your remediation plan.

Please let me know if you have other questions.

Best wishes,

Susan Tortolero Emery, PhD
Senior Associate Dean, Academic and Research Affairs

713 500 9091
713 500 9020 fax
Susan.Tortolero@uth.tmc.edu
www.sph.uth.edu

1200 Pressler Street, RAS W114A
Houston, Texas 77030

cc: Melissa Harrell, PhD
    Alanna Morrison, PhD
    Laura Mitchell, PhD
    Sylvia Salas
    Mary Ann Smith, PhD
    Elaine Symanski, PhD

## Epidemiology Preliminary Exam

## Remediation Plan for Students Failing the Exam on Their First Attempt

### October 24, 2015

Students who fail the preliminary exam on their first attempt must re-take the exam at its next offering. To prepare for their second attempt, students should work with their Academic Advisor to develop a remediation plan. As each student has different strengths and weaknesses, there is not a set remediation plan. Rather, each student should develop a plan to address his/her specific needs. In developing this plan, students should consider several factors:

- feedback from their Academic Advisor about their performance on the preliminary exam
- when they took required courses
- where they took required courses (UTSPH or another institution)
- their grades in required courses (and any prerequisites for these clasess)
- their experience applying epidemiology methods and concepts

The Epidemiology Preliminary Exam Committee recommends that, at a minimum, students who fail their first attempt at the preliminary exam retake Epi III and/or Epi IV at UTSPH. Students may enroll in, or audit one or both of these classes. While auditing a class is the less expensive option, faculty are not obligated to provide individual feedback to students who audit a class. Consequently, students who desire feedback on assignments and tests must enroll in the course.

Students may also want to include additional activities in their remediation plan. Some possibilities include:

- developing an independent study course with their Academic Advisor or another faculty member
- identifying a study partner or forming a study group
- joining a research project to gain practical experience
- attending epidemiological seminars
- reading the epidemiologic literature
- enlisting the help of a tutor
- reviewing course materials independently

Academic Advisors will work with students to develop their remediation plans. However, it is ultimately the student's responsibility to assess his/her educational needs, develop a plan of action, and ensure that the plan is completed prior to the next offering of the preliminary exam.