IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>     Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY<br>OF TEXAS, a constitutional body corporate;<br>MELISSA B. HARRELL, Individually<br>and in her official capacity; LAURA E.<br>MITCHELL, Individually and in her<br>official capacity; and RENA S. DAY,<br>Individually and in her official capacity,<br>Jointly and Severally,<br><br>     Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION<br>   NO. _1:19-CV-00415_ |

**PLAINTIFF'S ORIGINAL VERIFIED COMPLAINT**

# EXHIBIT 1

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the Plaintiff's Original Verified Complaint and its accompanying exhibits were served on counsel for Defendants, electronically through the electronic filing manager.

/s/ *David K. Sergi*
David K. Sergi

A Spectrum of Experience

I first learned what being disabled meant from signs on the bus which read, "Please be prepared to offer your seat to the elderly or disabled." From that very moment, I rejected the idea of having a disability, which I saw as being dependent on others.

A large part of that rejection took the form of my simply not talking to anyone about my diagnosis of Asperger Syndrome - an autism spectrum disorder. I had fought identifying with this condition my whole life. But when I was exposed to the toll autism spectrum disorders were taking on society as well as the controversy surrounding autism's etiology, I realized remaining silent wouldn't help me or anyone else arrive at the truth. At the beginning of my sophomore undergrad year, I decided I wanted to become openly, vocally, actively involved in autism advocacy and research.

I began contributing articles about my experiences with autism and thoughts about the disorder to a news website, Age of Autism, where I have been a contributing editor ever since. I also wrote a 32-page term paper on autism and the controversy surrounding its possible relationship to environmental factors. Hearing of my paper, a fellow student asked me to help her organize Autism Awareness Week at Brandeis. I became a project manager, inviting three professors from Harvard who were studying the disorder. As a direct result, I became a research subject for the study of Transcranial Magnetic Stimulation as a possible therapy for adults with autism spectrum disorders. I also invited a social scientist at the Heller School, as well as an autism parent who had made contributions to the literature on the condition.

I was amazed by the lectures as well as the intense student interest in autism. So I decided to start a permanent autism awareness organization on campus.   I co-founded SPECTRUM (Support, Progress, Empowerment, Communication, Trust, Respect, Understanding and Motivation), Brandeis University's first and only autism advocacy organization. My co-president was the sibling of a severely affected boy with autism. The aim of the club was to be an inclusive organization for people with autism, their family members, their friends, their classmates and anyone else with an interest in the condition.

The following semester, SPECTRUM kicked off Autism Awareness Month . I invited a pharmacologist from Northeastern University to speak about his research in developmental disorders including autism. During the semester of Spring 2011, I interned in his laboratory, conducting autism-related research on the mercury-based vaccine preservative thimerosal's effect on the uptake of the non-essential nutrient cysteine into neuroblastoma cells. I became certified in working with radioisotopes for this research.

A history major fully immersed in the subject of health, I declared a second major in Health: Science, Society and Policy during the spring semester of my junior year. I then enrolled in a summer program called the "Justice Brandeis Semester: Health and Society."

It was that summer when I first took epidemiology. I was expecting the course material to be very dry. At least, that's what a fellow student told me to expect.

Fortunately, he could not have been more wrong. I am fascinated by class discussions about the methodology involved in studying factors affecting diseases in populations, and I especially enjoy critiquing studies. For disaster epidemiology, I discovered some methodological flaws in a study of increases in US mortality after the Japanese nuclear disaster. When I critiqued another study associating autism with metabolic disorders in mothers for reproductive epidemiology, I noted that the two conditions may share similar risk factors but may not be causally related.

Looking forward to what I want to accomplish, it has become clear to me that epidemiological research is terribly lacking in relation to autism spectrum disorders. Yet autism is epidemic in the United States - the prevalence having grown exponentially. The condition that was once considered extremely rare has now become commonplace.

In spite of the enormous growth in autism, most of the research into the disorder has been focused on genetic studies. However, as my former professor and program chair told me, "There is no such thing as a genetic epidemic."

Meanwhile, precious little epidemiological research has been done to look at environmental factors in comparison to genetic research. Much of the research purporting to be epidemiological is in my opinion the contemporary example of tobacco science; those researchers are connected to industries whose neurotoxic products have been associated or correlated in some way with autism but "cleared" by these studies. We need population-based field epidemiology that is not conflicted with big industry.

Much of the existing epidemiology is also largely correlative or cross-sectional by design which is either incapable of detecting an association, or capable only to a very limited degree. Such studies are very

important but far from conclusive. Meanwhile, there is a dearth of informative case-control and cohort studies into the etiologies of autism.

Thus far, a number of environmental factors have been implicated as having possible roles in autism, all of which demand further study. What drew me to UT School of Public Health-San Antonio Regional Campus (UTSPH-SARC) was the work of UTHSC-San Antonio Professor Raymond Palmer, whose research found an association between mercury emitted from coal-fired power plants and autism in Bexar County, Texas.

On the website, it is stated that UTSPH-SARC's research focuses have included: "Evaluating the Health Effects of Air Pollution in Bexar County with a Focus on Local Coal and Gas Fired Power Plants through CPS Energy."

On UTSPH-SARC's homepage, it is further stated that:  "The SARC has a long history of working with UTHSC-San Antonio..."

I hope to have the opportunity to work with Dr. Palmer in his studies of autism and environmental assaults. I found his studies associating the mercury released from coal-fired power plants to autism prevalence in nearby school districts fascinating and significant.

Additionally, he has also taken an interest in mercury in vaccines and their potential association with autism. In 2010, Dr. Palmer wrote a letter to the medical journal Pediatrics, critiquing a study by the CDC's Vaccine Safety Datalink (VSD) Team that purported to find no relationship between thimerosal and autism, for not taking into account possible gene-environment interactions.  I would be honored to work with Dr. Palmer on any environmental research he conducts, but especially that concerning the relationship between mercury exposure and autism.

Currently, I am working on a study of the temporal window of adverse neurological events following Diphtheria-Tetanus-Pertussis (DTP) vaccination for my Culminating Experience at George Washington University, in which I plan on using the VSD in collaboration with three researchers who have used the database in the past.

However, my research interests also include studies of environmental exposures; I interned at the District Department of the Environment here in Washington, D.C., compiling demographic and housing

information on the district for the department's childhood lead poisoning prevention program. I learned how housing, economic and racial disparities can significantly predispose a child to lead poisoning. Similarly, autism may have predisposing factors that contribute to childhood development of the disorder.

Raising some plausible hypotheses in a 2008 CBS interview on vaccines and autism, former NIH director Dr. Bernadine Healy said "...we do have the opportunity to understand whether or not there are susceptible children - perhaps genetically, perhaps they have a metabolic issue, mitochondrial disorder, immunological issue - that makes them more susceptible to vaccines plural, or to one particular vaccine, or to a component of vaccine, like mercury."

It is with this interest in autism causation, coupled with my undergraduate major in Health: Science, Society, and Policy along with my pursuit of a Master of Public Health in Epidemiology, that I want to pursue a Ph.D. in epidemiology.

Most medical authorities have refused to seriously study the vaccine-autism connection - dismissing it instead. This debate is important to me because I have an autism spectrum disorder and want to get to the bottom of what causes it.

Studying vaccines and their potential link to autism is critical, but since it is controversial, I need to be in an environment where there is academic freedom. Sadly, pursuing this line of research is simply not possible at many universities. I feel that at UT School of Public Health-San Antonio Regional Campus, I will have the freedom to study wherever the science takes me.

When I was born in 1988, near the beginning of the epidemic, the reported autism prevalence was about 1 in 3300 children. Autism prevalence has skyrocketed to 1 in 88 children, and the American Academy of Pediatrics has finally conceded that the disorder is epidemic. The need for answers is urgent. The autism epidemic requires sound, independent epidemiological studies of the vaccine-autism connection, and I hope to be involved in their implementation.

John Doe