IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION |
| REGENTS OF THE UNIVERSITY | § | NO. 1:19-CV-00415 |
| OF TEXAS, a constitutional body corporate; | § | |
| MELISSA B. HARRELL, Individually | § | |
| and in her official capacity; LAURA E. | § | |
| MITCHELL, Individually and in her | § | |
| official capacity; and RENA S. DAY, | § | |
| Individually and in her official capacity, | § | |
| Jointly and Severally, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S ORIGINAL VERIFIED COMPLAINT**

# EXHIBIT 4

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Plaintiff's Original Verified Complaint and its accompanying exhibits were served on counsel for Defendants, electronically through the electronic filing manager.

/s/ *David K. Sergi*
David K. Sergi

**Epidemiology Preliminary Exam**

**Remediation Plan for Students Failing the Exam on Their First Attempt**

**October 24, 2015**

Students who fail the preliminary exam on their first attempt must re-take the exam at its next offering. To prepare for their second attempt, students should work with their Academic Advisor to develop a remediation plan. As each student has different strengths and weaknesses, there is not a set remediation plan. Rather, each student should develop a plan to address his/her specific needs. In developing this plan, students should consider several factors:

- feedback from their Academic Advisor about their performance on the preliminary exam
- when they took required courses
- where they took required courses (UTSPH or another institution)
- their grades in required courses (and any prerequisites for these clasess)
- their experience applying epidemiology methods and concepts

The Epidemiology Preliminary Exam Committee recommends that, at a minimum, students who fail their first attempt at the preliminary exam retake Epi III and/or Epi IV at UTSPH. Students may enroll in, or audit one or both of these classes. While auditing a class is the less expensive option, faculty are not obligated to provide individual feedback to students who audit a class. Consequently, students who desire feedback on assignments and tests must enroll in the course.

Students may also want to include additional activities in their remediation plan. Some possibilities include:

- developing an independent study course with their Academic Advisor or another faculty member
- identifying a study partner or forming a study group
- joining a research project to gain practical experience
- attending epidemiological seminars
- reading the epidemiologic literature
- enlisting the help of a tutor
- reviewing course materials independently

Academic Advisors will work with students to develop their remediation plans. However, it is ultimately the student's responsibility to assess his/her educational needs, develop a plan of action, and ensure that the plan is completed prior to the next offering of the preliminary exam.