IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION |
| REGENTS OF THE UNIVERSITY | § | NO. 1:19-CV-00415 |
| OF TEXAS, a constitutional body corporate; | § | |
| MELISSA B. HARRELL, Individually | § | |
| and in her official capacity; LAURA E. | § | |
| MITCHELL, Individually and in her | § | |
| official capacity; and RENA S. DAY, | § | |
| Individually and in her official capacity, | § | |
| Jointly and Severally, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S ORIGINAL VERIFIED COMPLAINT

# EXHIBIT 7

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Plaintiff's Original Verified Complaint and its accompanying exhibits were served on counsel for Defendants, electronically through the electronic filing manager.

/s/ *David K. Sergi*
David K. Sergi

# Exam Dates

| January 6, 2016 | May 25, 2016 |
|---|---|
| • Intent forms due:<br>  – October 19, 2015<br>• Student info sessions<br>  – October 6, 9-10 am (CST)<br>  – October 12, 12-1 pm (CST) | • Intent forms accepted:<br>  – Starting: Feb. 1, 2016<br>  – Due by: March 7, 2016<br>• Student info sessions<br>  – TBA |

# Intent Form and Other Documentation

Case 1:19-cv-00415-LY    Document 14-7    Filed 06/03/19    Page 4 of 14



SIX CAMPUSES >     FOUR DEPARTMENTS >     ONE SCHOOL >

ACADEMICS   RESEARCH   PRACTICUM   PROSPECTIVE STUDENTS   CURRENT STUDENTS   FACULTY & STAFF   ALUMNI

Epidemiology, Human Genetics & Environmental Sciences

- DEPARTMENTS
- Biostatistics
- Contact Us
- Health Promotion & Behavioral Sciences
- Management, Policy & Community Health

WHAT IS EHGES?   ACADEMICS   CAREERS   RESEARCH & CENTERS   ORIENTATION FALL 2013   CONTACT US

## PhD Forms

For doctoral students entering Fall 2011 and after:

- Steps for Doctoral Students – Prelim Exam – Proposal – Defense
- Steps for Establishing Doctoral Major – Minor- Breadth
- Doctorate Form 1 – Intent to Take the Epidemiology Preliminary Exam
  - Details regarding the exam and eligibility criteria are found here
- Doctorate Form 2 – Completion of Preliminary Exam

# Intent Form

- # credits in doctoral program (~18-27)
- Required course checklist
- Approved waivers (if applicable)



- Documented remediation (if applicable)
- Unofficial transcript
  - Updated at end of semester if taking required courses

# Required Courses

| |
|---|
| ☐ PH 2710: Epidemiology III |
| ☐ PH 2711: Epidemiology IV |
| ☐ PH 1830: Categorical Data Analysis<br>   ☐ Or PH 1831: Analysis of Survival Time Data |
| ☐ PH 2712: Experimental Methods in Epidemiology<br>   ☐ Or PH 1835: Statistical Methodology in Clinical Trials |
| ☐ One elective course in Epidemiology (2-4 credits) |

- B or higher (or P in P/F course)

- Approved waiver for classes taken outside of UTSPH

# Content - I

- **3 articles / different study designs**
  - 10-12 multi-part questions / article
  - General and article specific questions
  - Focus on methods, results & interpretation (not topic)
    - Short answer and calculations

- **Required courses + pre-requisites**
  - Content and strategies

- **2 committee members / article**
  - Select article
  - Develop questions
  - Revise (3 internal and 1 external rounds of review)

# Content - II

- **Recall**
  - Definitions and concepts
- **Application**
  - Going beyond definitions
- **Interpretation**
  - Data
  - Statistics
- **Epi "speak"**
  - Clear and concise articulation of answers

# Format

- Articles provided by email 24 hour in advance
  - For individual review – not discussion!
  - Clean copies of articles are provided on day of exam

- In-class
  - at home campus

- 5 hour exam
  - Allows for in-class breaks (lunch, snacks)

- Calculator, pens/pencils
  - No other resources

# Accommodations

- Committee Chair
  - Laura Mitchell

- Office of Student Affairs
  - Anne Baronitis

# Grading

- **Pass / Fail**

- **2 committee members / article**
  - Grade independently (blinded to student ID)
  - Conference to resolve discrepancies

- **Pass**
  - Weighted average $\geq$ 80%  **OR**
  - Weighted average <80% but $\geq$75% AND all sections $\geq$70%

# Success Rate

(June 2012 – June 2015, N=7)

- First attempt ~80%

- Second attempt ~80%

- Overall ~96%

Case 1:19-cv-00415-LY    Document 14-7    Filed 06/03/19    Page 13 of 14

# Results

- **Pass**
  - Letter (by email) to student with copy to Advisor

- **1ˢᵗ Fail**
  - Chair contacts Advisor – reviews exam
    - Advisor meets with student to develop remediation plan
      - <u>Must retake exam at next offering</u>

- **2ⁿᵈ Fail**
  - Chair contacts Advisor
    - Advisor meets with student
    - Chair/Director/Assoc. Dean AA meets with student

# Exam Dates

| January 6, 2016 | May 25, 2016 |
|---|---|
| • Intent forms due:<br>  – October 19, 2015<br>• Student info sessions<br>  – October 6, 9-10 am (CST)<br>  – October 12, 12-1 pm (CST) | • Intent forms accepted:<br>  – Starting: Feb. 1, 2016<br>  – Due by: March 7, 2016<br>• Student info sessions<br>  – TBA |