IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION |
| REGENTS OF THE UNIVERSITY | § | NO. 1:19-CV-00415 |
| OF TEXAS, a constitutional body corporate; | § | |
| MELISSA B. HARRELL, Individually | § | |
| and in her official capacity; LAURA E. | § | |
| MITCHELL, Individually and in her | § | |
| official capacity; and RENA S. DAY, | § | |
| Individually and in her official capacity, | § | |
| Jointly and Severally, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S ORIGINAL VERIFIED COMPLAINT

# EXHIBIT 9

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Plaintiff's Original Verified Complaint and its accompanying exhibits were served on counsel for Defendants, electronically through the electronic filing manager.

/s/ *David K. Sergi*
David K. Sergi



**UTHealth** | School of Public Health

**The University of Texas**
Health Science Center at Houston

## Academic Conflict Resolution Request Form

I request that my concerns as described below be assessed and/or addressed by the Academic Council of the University of Texas School of Public Health as provided by the UTHealth SPH Academic Conflict Resolution Process.

Date: _____4/30/2016_____

Student Name: _____ John Doe _____

Best way to contact me by phone: Best way to contact me in writing:
(email address, phone number, mailing address)

John Doe @uth.tmc.edu

**Brief description of the conflict**
(include clear identification of facts or incidents including dates, names of classes, etc.)

I am writing this request pursuant to Academic Policy Number 100 - Academic Conflict Resolution Process as it relates to requests for access to my second preliminary exam. The second preliminary exam I took January 5, 2016 and did not pass. In the event that a review of the examination reveals that I in fact passed, then I will ask that I be permitted to begin my dissertation proposal; if I in fact did not pass the examination then I will ask as follows: provide me with the graded exam so I can see, question by question, where I lost points as I was told should have happened by Assf. Dean Smith, whereupon I will request a regrading of the exam after I have had an opportunity to respond to the grading. I have also submitted an academic conflict resolution request for the first preliminary exam and will also submit one for my second exam in Epi III.

**Names of persons with authority to address my complaint:**
(Important Notice: information from this form and/or a copy of the form may be provided to these persons.)

1. Laura Mitchell
2. Melissa Harrell
3. Eric Boerwinkle
4. Alanna Morrison
5. Mary Anne Smith

6. Susan Tortolero Emery

7. Sylvia Salas

**Steps that I have taken to date prior to intervention by Academic Council:**

After being failed on the first exam, Drs. Mitchell and Harrell denied me the opportunity to take a new course (Epidemiology Journal Club, Fall 2015) expressly recommended for students preparing for the exam, according to the course announcement - a course taught by two members of the grading committee. Dr. Harrell later said it would have been better than the independent study she was doing with me, and she apologized to me for not knowing about it and recommending I take it. When I asked Dr. Mitchell why this course was not part of her "broad remediation plan" for me, she falsely stated that administration does not make course recommendations, contrary to her earlier recommendation of Epi 3. She also falsely stated that the new course would not be helpful for exam prep - contradicting both the course description and the course syllabus.

After receiving a failing grade on this exam even though approx. 96% of students pass either the first or second exam according to Dr. Mitchell, I was only given a scorecard. Sept. 9, Dr. Mitchell had promised me "specific details" on the second exam if I was failed on it, but I was given even less information than I was given on the first exam. Also, I was told an appeals process exists when I received my failing grade on the January exam, contradicting what I had been told after the June prelim exam. Yet, the administration did not acknowledge that I deserved to appeal my first exam, which I am doing now. After taking the second exam, I was informed of the academic conflict resolution policy after being informed that I was failed on the second exam. Asst. Dean of Student Affairs, Mary Ann Smith, also told me (1/26/16) that I should have received "question by question by question feedback" on this exam from my advisor after she went over the exam with Dr. Mitchell. Smith added, "and the two of you can go through the exam to go over exactly where the deficiencies were, where you had issues and what the problems were." I requested feedback on the second exam and received it March 13, after I was terminated as a student at UT. The feedback I received was not the detailed response I was promised by both Dr. Mitchell and Asst. Dean Smith.

I only received "results" from now-former chair of grading committee Laura Mitchell, which was just a scorecard of how many of each category of question I was given full credit for. This was completely different from what I was promised for either test

**Clear statement of the result(s) desired by the student:**

I request my second preliminary exam be regraded after I have had the opportunity to review the actual examination and that it be regraded in order so that if I passed the examination that I be permitted to move forward in the program. If I did not pass the examination then I will ask as follows: provide me with the graded exam so I can see, question by question, where I lost points as I was told I should have happened by Dean Smith, whereupon I will request a regrading of the exam after I have had the opportunity to respond to the grading. I am also submitting academic conflict resolution requests for my second exam from Epi III and for the first preliminary exam I took in January.

**(For Academic Council use only)**

**Initial Assessment by Academic Council:**

**Student Response:**

Submit form to:

*Academic Affairs and Student Services*
*RAS E 201*
*1200 Pressler St. Houston, TX 77030*
*Fax: 713-500-9068*