IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION |
| REGENTS OF THE UNIVERSITY | § | NO. 1:19-CV-00415 |
| OF TEXAS, a constitutional body corporate; | § | |
| MELISSA B. HARRELL, Individually | § | |
| and in her official capacity; LAURA E. | § | |
| MITCHELL, Individually and in her | § | |
| official capacity; and RENA S. DAY, | § | |
| Individually and in her official capacity, | § | |
| Jointly and Severally, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S ORIGINAL VERIFIED COMPLAINT**

# EXHIBIT 11

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the Plaintiff's Original Verified Complaint and its accompanying exhibits were served on counsel for Defendants, electronically through the electronic filing manager.

/s/ *David K. Sergi*
David K. Sergi

**Epidemiology Preliminary Exam**
**Remediation Plan for Students Failing the Exam on Their First Attempt**

Students who fail the preliminary exam on their first attempt must re-take the exam at its next offering. To prepare for their second attempt, students should work with their Academic Advisor to develop a remediation plan. As each student has different strengths and weaknesses, there is not a set remediation plan. Rather, each student should develop a plan to address his/her specific needs. In developing this plan, students should consider several factors:

- feedback from their Academic Advisor about their performance on the preliminary exam
- when they took required courses
- where they took required courses (UTSPH or another institution)
- their grades in required courses (and any prerequisites for these classes)
- their experience applying epidemiology methods and concepts

The Epidemiology Preliminary Exam Committee recommends that, at a minimum, students who fail their first attempt at the preliminary exam retake Epi III and/or Epi IV at UTSPH. Students may enroll in, or audit one or both of these classes. While auditing a class is the less expensive option, faculty are not obligated to provide individual feedback to students who audit a class. Consequently, students who desire feedback on assignments and tests must enroll. Students may also want to include additional activities in their remediation plan. Possibilities include:

- developing an independent study course
- identifying a study partner or forming a study group
- joining a research project to gain practical experience
- attending epidemiological seminars
- reading the epidemiologic literature
- enlisting the help of a tutor
- reviewing course materials independently

Academic Advisors work with students to develop their remediation plans. **However, it is ultimately the student's responsibility to assess his/her educational needs, develop a plan of action, and ensure that the plan is completed prior to the next offering of the preliminary exam.**

On the next page, the student provides a brief description of the Remediation Plan. The advisor and student must both sign the Plan and indicate if they agree with the plan. The signed plan is emailed to the PE Chair via JR.F.Bright@uth.tmc.edu. The signed Remediation Plan is due one month from notice of the date of exam outcome. Students should retain a copy of the signed Remediation Plan. Students complete the planned remediation and the advisor and student discuss completion of the Remediation Plan and circle Yes or No as to their agreement of Plan completion. This signed Remediation Plan is submitted with the student's Intent Form for the next exam. The student can wait until the end of the semester to submit this form if they are taking course work and/or need an updated transcript to reflect completion.

## Epidemiology Preliminary Exam
### *Remediation Plan*

*Date: December 16, 2016*
*Name (last, first, MI)* John Doe

**Brief Description of the Remediation Plan:**
In Spring 2017, ▮▮▮▮ will enroll and complete Epi III with Dr. Kelder.

In Spring 2017, ▮▮▮▮ will enroll and complete an Independent Study with Dr. Kelder.

**Initial Approval of Plan**                    **Initial Approval of Plan**

_____        _____
*Advisor*                                        *Student*

*YES   NO    (circle one)*                *YES   NO    (circle one)*

*Date: December 16, 2016*

**For Repeat Exam Intent Form:**

**Agreement of Plan Completion**            **Agreement of Plan Completion**

_____        _____
*Advisor*                                        *Student*

*YES   NO    (circle one)*                *YES   NO    (circle one)*

*Date ___/___/____*

*Approved by Faculty on October 24, 2015*
*Revised 11.18.2016*