IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION |
| REGENTS OF THE UNIVERSITY | § | NO. 1:19-CV-00415 |
| OF TEXAS, a constitutional body corporate; | § | |
| MELISSA B. HARRELL, Individually | § | |
| and in her official capacity; LAURA E. | § | |
| MITCHELL, Individually and in her | § | |
| official capacity; and RENA S. DAY, | § | |
| Individually and in her official capacity, | § | |
| Jointly and Severally, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S ORIGINAL VERIFIED COMPLAINT

# EXHIBIT 12

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Plaintiff's Original Verified Complaint and its accompanying exhibits were served on counsel for Defendants, electronically through the electronic filing manager.

/s/ *David K. Sergi*
David K. Sergi

## Re: Prelim preparation course

Harrell, Melissa B
**Sent:** Monday, December 28, 2015 11:23 PM
**To:** John Doe



The instructors can only provide what is available. As it is a seminar, no doubt discussion was the main vehicle for learning. "Notes" may not exist. Unless your classmates took some? The only other route I can think of is to speak directly to them, requesting these there, if they took them. They may not have. Articles may still be helpful to you, as material you could work thru on your own, like the Independent Study you did. Hang in there! Keep focused on your studies, and do not rely solely on this material.

Best, Melissa

On Dec 28, 2015, at 10:18 PM, John Doe <John Doe @uth.tmc.edu> wrote:

> Dr. Harrell,
>
> The instructor wrote me back but said they didn't have permission to share anything from the course with me other than articles and journal guidelines, which obviously won't help. Given how soon the exam is coming up, I would appreciate anything you could do to help secure permission for me to get access to actual notes from the class if they exist. That wasn't really clear to me. She wrote: "The rest of the course included discussion."
>
> Best,
>
>
> **From:** Harrell, Melissa B
> **Sent:** Friday, December 18, 2015 12:38 PM
> **To:** John Doe
> **Subject:** RE: Prelim preparation course
>
>
>
> I suggest you contact the instructors directly from here. Best, Melissa
>
> ## Melissa Blythe Harrell PhD, MPH
> ### Associate Professor
>
> UTHealth - The University of Texas Health Science Center at Houston
> School of Public Health - Austin Regional Campus
> Michael & Susan Dell Center for Healthy Living
> 1616 Guadalupe  Suite 6.300  Austin, TX 78701
> 512-391-2520 tel  512-482-6185 fax
> www.sph.uth.tmc.edu/delhealthyliving
> http://mbharris.blogspot.com/
>
> **From:** John Doe

**Sent:** Friday, December 18, 2015 12:37 PM
**To:** Mitchell, Laura E
**Cc:** Harrell, Melissa B; Perry, Cheryl L; Morrison, Alanna C
**Subject:** RE: Prelim preparation course

Dr. Mitchell,

You wrote "The department does not offer courses specifically designed to help students prepare for the exam." However, in an EHGES email announcement, the only description of the course was: "Epidemiology Journal Club: This a great opportunity for students that are preparing for their preliminary exam." (This was sent out in July before I received my prelim exam results.)

Contrary to your statement that the department does not provide specific recommendations for students who are failed on the preliminary exam, you specifically recommended that I take Epi III. Dr. Harrell also specifically recommended an independent study course with her.

Your description of Epidemiology Journal Club suggests that half the course is dedicated to preparing manuscripts for publication. But that is just one of seven learning objectives listed in the syllabus you attached. The other six objectives would have directly helped with exam preparation.

I request to have all notes and any other materials from that course.

John Doe

**From:** Mitchell, Laura E
**Sent:** Thursday, December 17, 2015 8:40 AM
**To:**  John Doe
**Cc:** Harrell, Melissa B; Mitchell, Laura E; Perry, Cheryl L; Morrison, Alanna C
**Subject:** RE: Prelim preparation course

The Department does not offer any classes that are specifically designed to help students prepare for the doctoral exam. In addition, the Department does not provide specific recommendations regarding the remediation plan for students who fail the exam. Students are responsible for establishing their remediation plan with input from their academic advisor.

The class that you refer to is a new, doctoral level class that is taught by two members of the current Epi Preliminary Exam committee. However, the class is not directly related to their work on the exam committee. The class focuses on the preparation of manuscripts for publication and review of epidemiological studies selected by students (see attached syllabus). As a doctoral level class, it is to be expected that the class covers skills that are relevant on the exam.

Since this is a new class, it was not included in the course listing. Rather, it was announced in the student email newsletter that goes out on a weekly basis. There was no other means of advertising the class; specifically, there was no targeted

1/28/2016                                                          Re: Prelim preparation course

advertisement to students who are taking the exam in January.

Laura E. Mitchell, PhD
Professor and Associate Dean for Research
Division of Epidemiology, Human Genetics and Environmental Sciences
University of Texas School of Public Health
1200 Herman Pressler Dr.
Houston, Texas 77030
713-500-9954
713-500-9958 (fax)

**From:**
**Sent:** Wednesday, December 16, 2015 4:01 PM
**To:** Mitchell, Laura E
**Cc:** Harrell, Melissa B
**Subject:** Prelim preparation course

Dr. Mitchell,

I'm writing you on advice of my advisor who told me I should contact you on learning that a course was being taught this semester called Epidemiology Journal Club, specifically designed for students preparing for the prelim exam, and taught by two members of your grading committee. I was completely unaware of the course until I met with the other Austin students who are preparing for the prelim exam who told me that they are taking it. It is very disappointing that this course was not recommended to me as part of my broad remediation plan. In any case, I need the notes and anything else from that course that was shared with those students, and would like to get them ASAP.

John Doe