IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2019 OCT 24  AM 9: 25

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| JOHN DOE, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-19-CV-0415-LY |
| | § | |
| BOARD OF REGENTS OF THE | § | |
| UNIVERSITY OF TEXAS SYSTEM; | § | |
| MELISSA B. HARRELL, LAURA E. | § | |
| MITCHELL, AND RENA S. DAY, | § | |
| EACH INDIVIDUALLY AND IN HER | § | |
| OFFICIAL CAPACITY, JOINTLY AND | § | |
| SEVERALLY, | § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause.  By separate order the court dismissed all claims alleged by Plaintiff John Doe against all Defendants.  As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiff John Doe shall bear the costs of court.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____ day of October, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE