IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION |
| BOARD OF REGENTS OF THE | § | |
| UNIVERSITY OF TEXAS; | § | NO. 1:19-cv-00415-LY |
| MELISSA B. HARRELL, Individually | § | |
| and in her official capacity; LAURA E. | § | |
| MITCHELL, Individually and in her | § | |
| official capacity; and RENA S. DAY, | § | |
| Individually and in her official capacity, | § | |
| Jointly and Severally, | § | |
| | § | |
| Defendants. | | |

**NOTICE OF APPEAL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, JOHN DOE, Plaintiff herein, by and through his attorney of record,

David K. Sergi, and hereby gives Notice of Appeal to the United States Court of Appeals for the

Fifth Circuit, from the judgment entered in this cause on October 24, 2019.

Respectfully submitted,


 /s/ *David K. Sergi*
DAVID K. SERGI
**DAVID K. SERGI & ASSOCIATES, P.C.**
Texas Bar No. 18036000
Email:  david@sergilaw.com
329 S. Guadalupe St.
San Marcos, TX 78666
Tel. (512) 392-5010
Attorney for Plaintiff John Doe


**[ 1 ]**

**CERTIFICATE OF SERVICE**

I certify that on October 25, 2019, the foregoing document was filed using the CM/ECF filing system, causing an electronic copy to be delivered to Assistant Attorney General Benjamin Dower, counsel for Defendants.

/s/ *David K. Sergi*_____
David K. Sergi